UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                            )
         V.           )   M.B.D. NO.
                            )
DEBRA BOUYER            )  **03 MBD 10376**

### JOINT MOTION TO EXTEND AND EXCLUDE TIME

Defendant Debra Bouyer is currently charged by way of complaint in 03-M-1138-JGD with theft of government property, in violation of 18 U.S.C. §641, and had her initial appearance on November 6, 2003. The parties now move to extend to December 10, 2003 the time period in which the government would otherwise have to obtain an indictment or file an information with respect to the charge, and to exclude the time under the Speedy Trial Act. The parties have begun discussions regarding resolution of the case short of trial and believe an extension to continue and resolve such discussions would be in the best interests of justice.

Accordingly, the parties move, under 18 U.S.C. §3161(h)(8)(A), and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the requested time in computing the time within which an information or an indictment must be filed under 18 U.S.C. §3161(b).

*11/20/03 - Allowed, no further explanation are likely to be treated favorably. Douglas P. Woodlock, U.S.D.J.*

**DOCKETED**



DEBRA BOUYER                              MICHAEL J. SULLIVAN
By her Attorney                          United States Attorney

                                  By:

_A. Clarissa Johnson_ (jcj)              _De H. Cabell_
A. CLARISSA JOHNSON, ESQ.                DONALD L. CABELL
71 Pleasant Street                       Assistant U.S. Attorney
Worcester, MA 01608                      U.S. Courthouse
(508) 756-1115                           1 Courthouse Way
                                         Suite 9200
                                         Boston, MA 02210
                                         (617) 748-3105


November 20, 2003




                                  2